# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Lauri Niedermaier (not individually, but as indep. executor of Estate of Edward Krajewski) & Elizabeth Krajewski v. Warren Rosen & Co., Inc., The Perfecthealth Insurance Co., Realty Benefits Associates, LLC., League of International Federated Employees, and Association of Franchise & Indep. Distributors, LLC | FILED: APRIL 16, 2008<br>08CV2182   JH<br>JUDGE NORGLE<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Lauri Niedermaier (not individually, but as independent executor of the Estate of Edward Krajewski) and Elizabeth Krajewski

| | |
|---|---|
| NAME (Type or print) | |
| Joseph H. McMahon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Joseph H. McMahon | |
| FIRM | |
| Hinshaw & Culbertson LLP | |
| STREET ADDRESS | |
| 222 N. LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 620 9481 | (312) 704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

American LegalNet, Inc.
www.USCourtForms.com