# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Lauri Niedermaier (not individually, but as indep. executor of the Estate of Edward Krajewski) & Elizabeth Krajewski, v. Warren Rosen & Co., The Perfecthealth Insurance Co., Realty Benefits Associates, League of International Federated Employees, Association of Franchise & Indep. Distributors | 08 CV 2182 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lauri Niedermaier (not individually, but as indep. executor of the Estate of Edward Krajewski) & Elizabeth Krajewski

| | |
|---|---|
| **NAME** (Type or print) | |
| J Marc Forkins | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ J. Marc Forkins | |
| **FIRM** | |
| Hinshaw & Culbertson LLP | |
| **STREET ADDRESS** | |
| 4343 Commerce Court, Suite 415 | |
| **CITY/STATE/ZIP** | |
| Lisle, IL 60532 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) | **TELEPHONE NUMBER** |
| 0619 0045 | (630) 505-0010 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |

American LegalNet, Inc.
www.USCourtForms.com