# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT  Case No: 08 CV 2182 JH
NORTHERN DISTRICT OF ILLINOIS

---

LAURI NIEDERMAIER, not individually, but as Independent Executor of the Estate of **EDWARD KRAJEWSKI**, and **ELIZABETH KRAJEWSKI**,

                              *Plaintiff(s)*,

        -against-

WARREN ROSEN & CO., INC., THE PERFECTHEALTH INSURANCE CO., REALTY BENEFITS ASSOCIATES, LLC., LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES, AND INDEPENDENT DISTRIBUTORS, LLC, ,

                              *Defendant(s)*

---

State of New York)
County of New York ss.:

**Joe Matos**, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age and reside in New York County in the State of New York.

On **July 25th, 2008 at 10:27am,** I personally served a true copy of a **Summons in a Civil Case and Complaint with Exhibits.**

I, by delivering there at a true copy to a **John Mongello (Male, White skin, Grey hair, Balding, 55-60 years old, 5'6"-5'9", 200-230 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

**League of International Federated Employees**
**325 73rd Street**
**Brooklyn, New York 11209**

I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Tuesday, July 29, 2008

_____
LISETTE REYES
Commissioner of Deeds
City of New York - No. 4-6822
Certificate Filed in Queens County
Commission Expires Oct, 20 08

Process Server Signature

1097629
License Number

lr

# AMERICAN CLERICAL SERVICE
*a division of Empire Lawyers Service, LLC*

116 John Street, New York, NY 10038

Tel: (212) 233-4040  Fax: (212) 732-4327

email: mail@americanclerical.com

*"going to court for busy lawyers since 1940"*

Acct# H21505                    23

HINSHAW & CULBERTSON, LLP
780 THIRD AVENUE  4TH FLOOR

NEW YORK            NY        10017

Tel:  (212) 471-6200    Fax:  (212) 935-1166

## Report for Thursday, July 31, 2008

### US District Court/not provided

LAURI NEIDERMAIDER,ETAL/WARREN ROSEN & CO.,ETAL (INDEX#002182/2008CV)

YOU ASKED US TO SERVE THE FOLLOWING: SUMMONS IN A CIVIL CASE & COMPLAINT. SERVED ON LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES ON 7/25. ORIGINAL AFFIDAVIT OF SERVICE HEREWITH.

```
*******************************************************************************
***
SUPREME KINGS - All RJI'S where the nature of the action is checked "COMMERCIAL" must have 3 copies of the pleadings
attached to enable the court to determine whether the case is eligible to be heard in the Commercial Division pursuant to section
202.70 of the Uniform Rules.
*******************************************************************************
***
CIVIL KINGS - MOTION PARTS 30, 32, 40 and 41, ROOM 809 will be closed from August 18 - August 29, 2008.  Please do not
make any motions returnable during those days.
*******************************************************************************
***
Supreme New York - Any subscriber interested in obtaining a copy of the Summons & Complaint in AVA Acupuncture, et al v. State
Farm Mutual, et al.  (223 pages without exhibits),  please contact us at extension 115.
*******************************************************************************
***
Civil NY L&T - Please do not make any motions or order to show causes for the following weeks 8/18/08-8/22/08, 8/25/08-8/29/08,
9/1/08-9/5/08
*******************************************************************************
***
```

Acct# H21505

HINSHAW & CULBERTSON, LLP

lreyes 7/31/2008 11:31:31 AM