AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS
**SUMMONS IN A CIVIL CASE**

Lauri Niedermaier, not individually, but as Independent Executor of the Estate of Edward Krajewski, and Elizabeth Krajewski

V.

Warren Rosen & Co, Inc., The PerfectHealth Insurance Co., Realty Benefits Associates, LLC, League of International Federated Employers, and Association of Franchise and Independent Distributors, LLC,

CASE NUMBER: 08 CV 2182  JH

ASSIGNED JUDGE: Norgle

DESIGNATED MAGISTRATE JUDGE: Denlow

TO: (Name and address of Defendant)

Association of Franchise and Independent
   Distributors, LLC
One S. Limestone St.
Suite 301
Springfield, Ohio 45502

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Marc Forkins, Esq.
Hinshaw & Culbertson LLP
4343 Commerce Court, Suite 415
Lisle, IL 60532

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: JUL 2 2 2008

**RETURN COPY**

AO 440 (Rev. 05/00) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | | DATE July 29, 2008 |
| NAME OF SERVER (PRINT) Sandy Lewis | | TITLE Deputy |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _Deputy Lewis_____
              Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.