# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF ILLINOIS

Case No: 08 CV 2182 JH

---

LAURI NIEDERMAIER, not individually, but as Independent Executor of the Estate of EDWARD KRAJEWSKI, and ELIZABETH KRAJEWSKI,

*Plaintiff(s),*

-against-

WARREN ROSEN & CO., INC., THE PERFECTHEALTH INSURANCE CO., REALTY BENEFITS ASSOCIATES, LLC., LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES, AND INDEPENDENT DISTRIBUTORS, LLC,

*Defendant(s)*

---

State of New York)  
County of New York ss.:

**Emmanuel Torres**, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age and reside in Bronx County in the State of New York.

On **July 31st, 2008 at 2:58pm**, I personally served a true copy of a **Summons in a Civil Case and Complaint with Exhibits.**

I, by delivering there at a true copy to a **Cara Harris, Secretary (Female, White skin, Black hair, Glasses, 40-45 years old, 5'3"-5'6", 110-140lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

Warren Rosen & Co. Inc  
601 West 26th Street, Room 1515  
New York, New York 10001-1138

I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Friday, August 01, 2008

_____  
LISETTE REYES  
Commissioner of Deeds  
City of New York - No. 4-6822  
Certificate Filed in Queens County  
Commission Expires _____, 20__

_____  
Process Server Signature

1244582  
License Number

dh