JKB/cic/332480                                                                                                8489-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAURI NIEDERMAIER, not individually, but as Independent Executor of the Estate of Edward Krajewski, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 CV 2182 |
| WARREN ROSEN & CO., INC., et al., | ) ) | Judge Norgle |
| Defendants. | ) | Magistrate Judge Denlow |

**MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**

Defendant, Association of Franchise and Independent Distributors, LLC ("AFID"), by and through its attorneys, Tressler, Soderstrom, Maloney & Priess, LLP, hereby moves to extend the date to file its responsive pleading to Plaintiff's Complaint and in support thereof states as follows:

1.  On August 28, 2008, AFID filed its appearance through counsel in this cause.

2.  AFID's counsel was just recently retained in this matter and seeks 30 days in which to consult with his client in order to file AFID's responsive pleading to Plaintiff's Complaint.

WHEREFORE Defendant, Association of Franchise and Independent Distributors, LLC, respectfully requests that this Court grant it an extension of time to September 30, 2008 to file its responsive pleading in this matter.

                              ASSOCIATION OF FRANCHISE AND
                              INDEPENDENT DISTRIBUTORS, LLC


                              By: /s/James K. Borcia
                                  One of Its Attorneys

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAURI NIEDERMAIER, not individually, but as Independent Executor of the Estate of Edward Krajewski, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 08 CV 2182 |
| WARREN ROSEN & CO., INC., et al., | ) ) | Judge Norgle |
| Defendants. | ) | Magistrate Judge Denlow |

### CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I electronically filed a **Motion to Extend Time to File Responsive Pleading** with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the following:

> J. Marc Forkins
> Stephen A. Frost
> Joseph H. McMahon
> Hinshaw & Culbertson LLP
> 4343 Commerce Court, Suite 415
> Lisle, IL 60532

                ASSOCIATION OF FRANCHISE AND
                INDEPENDENT DISTRIBUTORS, LLC


                By: /s/James K. Borcia
                      One of Its Attorneys

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000