JKB/cic/332562                                                                8489-2-51

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LAURI NIEDERMAIER, not individually, but as Independent Executor of the Estate of Edward Krajewski, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 CV 2182 |
| WARREN ROSEN & CO., INC., et al., | ) ) | Judge Norgle |
| Defendants. | ) | Magistrate Judge Denlow |

### NOTICE OF MOTION

TO:   J. Marc Forkins
      Stephen A. Frost
      Joseph H. McMahon
      Hinshaw & Culbertson LLP
      4343 Commerce Court, Suite 415
      Lisle, IL  60532

PLEASE TAKE NOTICE that on the **5th day of September, 2008 at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Norgle or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2341 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and there present a **Motion to Extend Time to File Responsive Pleadings,** a copy of which is attached hereto and hereby served upon you.

                              ASSOCIATION OF FRANCHISE AND
                              INDEPENDENT DISTRIBUTORS, LLC


                              By:  /s/James K. Borcia
                                   One of Its Attorneys

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000