UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAURI NIEDERMAIER, not individually, but as Independent Executor of the Estate of Edward Krajewski, and ELIZABETH KRAJEWSKI,<br><br>Plaintiffs,<br><br>vs.<br><br>WARREN ROSEN & CO., INC., THE PERFECTHEALTH INSURANCE CO., REALTY BENEFITS ASSOCIATES, LLC., LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES, and ASSOCIATION OF FRANCHISE AND INDEPENDENT DISTRIBUTORS, LLC,<br><br>Defendants. | Case No.  08 CV 2182   JH<br><br>Judge Norgle<br>Magistrate Judge Denlow |

**PLAINTIFF'S SUPPLEMENT TO CLARIFY JURISDICTIONAL STATEMENT**

Plaintiff, LAURI NIEDERMAIER, as Independent Executor of the Estate of Edward Krajewski, by her attorneys, Hinshaw & Culbertson LLP, hereby submits her Supplement to Clarify Jurisdictional Statement as per the Court's August 13, 2008 Order.

The Court's Order noted that two defendants are LLC's.

In Paragraph 6 of the Complaint it is alleged that Defendant, Realty Benefits Associates, LLC ("RBA"), was a corporation with its principal place of business in New York, New York.

In Paragraph 8 of the Complaint it is alleged that Defendant, Association of Franchise and Independent Distributors, LLC ("AFID"), was a corporation incorporated in Ohio with its principal place of business in Springfield, Ohio.

The citizenship of an LLC for purposes of diversity jurisdiction is the citizenship of each of its members. <u>Cosgrove v. Bartolodta</u>, 150 F. 3d 729, 730 (7th Cir. 1998).

Subsequent to the Court's Order, attorneys for the Plaintiff sought to identify more completely the identity and the citizenship of each of the members of RBA and AFID.

The Secretary of State website for the State of New York pertaining to RBA was checked for members. There are no limited liability corporation or corporate records for RBA on the New York or New Jersey Secretary of State's website.

The Secretary of State website for the State of Ohio pertaining to AFID was checked for members. There are no limited liability corporation or corporate records for AFID on the Ohio Secretary of State's website.

The Plaintiff also checked various corporation and business entity databases in Westlaw for any additional information on RBA or AFID. There was limited information regarding either of these limited liability corporations. A Dun & Bradstreet search for business registration identified AFID as a domestic limited liability company incorporated in Ohio. The registered agent and principal are identified as Bruce E. Spencer of Cedarville, Ohio. (See Westlaw Document 23678850640 marked <u>Exhibit A</u> and attached hereto). No other information regarding the identity or citizenship of the members of AFID was discovered.

The Plaintiff also performed Google searches for each of the limited liability corporations. There was no Web presence reported for RBA or AFID.

A check of the current Encyclopedia of Associations also failed to list either limited liability corporation.

Plaintiff also named League of International Federated Employees ("LIFE") as a defendant organization with its principal place of business in Brooklyn, New York. Similar Web searches regarding the citizenship of the association members were performed. A Dun & Bradstreet analysis was found which identified its business address in Brooklyn, New York. However, no information regarding the citizenship of members has been found. (See Dun & Bradstreet search 16-786-9304 marked Exhibit B and attached hereto.)

In Thomas v. Gaurdsmark, LLC, 487 F.3d, 531, 535 (7th Cir. 2007), footnote 1 recognized the difficulty that the plaintiff in this case finds itself in – that the information as to the citizenship of members of an LLC or association may be in the hands of the other parties and, therefore, difficult for the plaintiff to obtain in order to comply with Circuit Rule 28(a)(1).

In the instant action AFID has been served and appeared. RBA has not yet been served with Alias Summons. LIFE has been served and the parties agreed to extend time to appear.

Title 28 U.S.C.A. § 1653 provides "Defective allegations of jurisdiction may be amended, upon terms, in the trial or appellate courts."

Plaintiff herein requests leave to submit simple interrogatories to the limited liability corporation defendants and the association defendant to identify the citizenship of each party to the litigation and the identity of the citizenship of all members.

Alternatively, Plaintiff requests that if a defendant limited liability corporation or association has a member as of the date of the filing of the Complaint, April 16, 2008, who is not

diverse to the Plaintiff, that the Defendant identify the non-diverse member to allow the Plaintiff to amend the pleadings to cure any such defective allegations of jurisdiction.

        Respectfully submitted,

By: HINSHAW & CULBERTSON LLP

Attorneys for Plaintiffs
LAURI NIEDERMAIER, as Independent Executor of the Estate of Edward Krajewski, and ELIZABETH KRAJEWSKI


/s/ J. Marc Forkins
One of Their Attorneys

J. Marc Forkins
Stephen Frost
Hinshaw & Culbertson LLP
4343 Commerce Court, Suite 415
Lisle, IL 60532
630-505-0010
Atty. ID 6190045

**Westlaw.**

23678850640                                                                                           Page 1

23678850640            **CORPORATE RECORDS & BUSINESS REGISTRATIONS**

| | |
|---|---|
| This Record Last Updated: | 10/28/2005 |
| Database Last Updated: | 03-12-2008 |
| Update Frequency: | WEEKLY |
| Current Date: | 03/14/2008 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

**COMPANY INFORMATION**

| | |
|---|---|
| Name: | THE ASSOCIATION OF FRANCHISE & INDEPENDENT DISTRIBUTORS, LLC |

**FILING INFORMATION**

| | |
|---|---|
| Identification Number: | 1326618 |
| Filing Date: | 06/27/2002 |
| State of Incorporation: | OHIO |
| Expiration Date: | 06/27/2101 |
| Status: | ACTIVE |
| Business Type: | DOMESTIC LIMITED LIABILITY CO |
| Where Filed: | SECRETARY OF STATE/CORPORATIONS DIVISION |
| | 30 E BROAD ST |
| | COLUMBUS, OH 43215 |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | BRUCE E SPENCER |
| Address: | 29 W XENIA AVE |
| | CEDARVILLE, OH 45314 |
| Appointed Date: | 06/27/2002 |
| Status: | ACTIVE |

**PRINCIPAL INFORMATION**



EXHIBIT A

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

| | |
|---|---|
| Name: | BRUCE E SPENCER |
| Title: | AUTHORIZED REPRESENTATIVE |

| | |
|---|---|
| Name: | PAUL OLESKI |
| Title: | AUTHORIZED REPRESENTATIVE |

**AMENDMENT INFORMATION**

| | |
|---|---|
| Amendments: | 06/27/2002 MISCELLANEOUS   ARTICLES OF ORGANIZATION/DOM. LIMITED LIABILITY CO |

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFICIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



BUSINESS RECORD

D&B Completed Analysis:02-29-2008
Database Last Updated:02-29-2008
Source:Copyright (c) 2002 by Dun & Bradstreet, Inc.
Current Date:03/14/2008

**COMPANY INFORMATION**

DUNS:16-786-9304
Name:LEAGUE INTERNATIONAL FEDERATED
ADDRESS:325 73RD ST
BROOKLYN, NY 11209
TELEPHONE:718-238-2399

YEAR STARTED:1939

**BUSINESS DESCRIPTION**

LINE OF BUSINESS:LABOR UNION

SIC CODE(S):
  8631LABOR ORGANIZATIONS

**EMPLOYEE INFORMATION**

EMPLOYEES TOTAL:10

**COMPANY HISTORY/OPERATIONS/RELATIONSHIPS & OTHER INFORMATION**

3 HISTORY 07/09/07 ELLA DUPREE, PRES JOHN MONGELLO, SEC TREAS DIRECTOR(S): THE OFFICER(S) THIS IS A NON PROFIT ORGANIZATION.
BUSINESS STARTED 1939 BY FOUNDERS.
ELLA DUPREE.
ANTECEDENTS UNDETERMINED.
4 JOHN MONGELLO.
ANTECEDENTS UNDETERMINED.
OPERATION 07/09/07 OPERATES AS A LABOR UNION.
REVENUE IS DERIVED THROUGH MEMBERSHIP DUES.
SELLS TO MEMBERS.
TERRITORY : LOCAL.
NONSEASONAL.
EMPLOYEES: 10 WHICH INCLUDES OFFICER(S).
FACILITIES: RENTS PREMISES IN BUILDING. ( 5 LOCATION: CENTRAL BUSINESS SECTION ON MAIN STREET.
00-00(2VK /001) 99999 001184184 6 7 8

EXHIBIT B

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.